Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, CA 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
Email: ckang@truckerhuss.com
mschuller@truckerhuss.com

Attorneys for Defendant
WESTERN CONFERENCE OF TEAMSTERS
PENSION TRUST FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. KENDALL, Trustee,<br><br>                Plaintiff,<br><br>vs.<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; AND DEAN J. HEIKES,<br><br>                Defendants. | Case No. 11-CV-04775-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CORRECT FILING OF DOCUMENTS TRANSFERRED FROM BANKRUPTCY COURT** |

        Plaintiff JOHN T. KENDALL, TRUSTEE ("Plaintiff") and Defendants WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND and DEAN J. HEIKES hereby agree to the following stipulation to be binding on the parties hereto and request this Court to approve the terms of this Stipulation to Correct Filing of Documents Transferred from Bankruptcy Court as set forth herein:

        1.     On August 31, 2011, Defendant Western Conference of Teamsters Pension Trust Fund ("Defendant") filed by physical hard-copy with the U.S. Bankruptcy Court, Northern District of California (the "Bankruptcy Court") a Motion to Withdraw Reference of Adversary Proceeding Pursuant to 28 U.S.C. § 157(d) ("Motion to Withdraw"), and a Declaration of Clarissa A. Kang in support thereof (the "Declaration"), in *Kendall v. Western Conference of Teamsters Pension Trust*

STIPULATION AND [PROPOSED] ORDER TO CORRECT FILING OF DOCUMENTS TRANSFERRED FROM BANKRUPTCY COURT: Case No. 11-CV-04775-CRB
#1210751

1

*Fund; and Dean J. Heikes*, A.P. 11-4197 (the "Adversary Proceeding").

2. On September 26, 2011 the Bankruptcy Court electronically transferred the Motion to Withdraw and the Declaration to this Court, combining them into Docket Nos. 1-7, 1-8 and 1-9.

3. The Declaration itself contained three exhibits. The parties only recently discovered that the following pages are missing from two of the three exhibits in the version of the documents appearing on the Court's electronic docket at Docket Nos. 1-7 and 1-8:

> Exhibit A – Pages 97 and 98 of the Western Conference of Teamsters Pension Plan document; and

> Exhibit B – Page 1 and 3 of the May 2, 2011 letter that counsel for Defendant sent to Randall Boone and Dean Heikes

4. Attached as Exhibits A and B, respectively to this Stipulation are full copies of the above-mentioned Exhibits A and B that were filed in hard copy with the Bankruptcy Court and served on counsel for Plaintiff John T. Kendall and on Defendant Dean J. Heikes on August 31, 2011. Mr. Heikes has not yet appeared in this action.

5. In light of the above and in the interests of time and efficiency, the parties agree that the Court should incorporate these corrected exhibits into the docket.

IT IS SO STIPULATED.

DATED: November 3, 2011

STROMSHEIM & ASSOCIATES

By: _____
Johnson C.W. Lee
*Attorneys for Plaintiff*
John T. Kendall, Trustee

DATED: November 2, 2011

TRUCKER ✦ HUSS

By: _____
Clarissa A. Kang
*Attorneys for Defendant*
Western Conference of Teamsters Pension Trust Fund

STIPULATION AND [PROPOSED] ORDER TO CORRECT FILING OF DOCUMENTS TRANSFERRED FROM BANKRUPTCY COURT; Case No. 11-CV-04775-CRB
#1210751

2

*Fund; and Dean J. Heikes*, A.P. 11-4197 (the "Adversary Proceeding").

2. On September 26, 2011 the Bankruptcy Court electronically transferred the Motion to Withdraw and the Declaration to this Court, combining them into Docket Nos. 1-7, 1-8 and 1-9.

3. The Declaration itself contained three exhibits. The parties only recently discovered that the following pages are missing from two of the three exhibits in the version of the documents appearing on the Court's electronic docket at Docket Nos. 1-7 and 1-8:

> Exhibit A – Pages 97 and 98 of the Western Conference of Teamsters Pension Plan document; and
>
> Exhibit B – Page 1 and 3 of the May 2, 2011 letter that counsel for Defendant sent to Randall Boone and Dean Heikes

4. Attached as Exhibits A and B, respectively to this Stipulation are full copies of the above-mentioned Exhibits A and B that were filed in hard copy with the Bankruptcy Court and served on counsel for Plaintiff John T. Kendall and on Defendant Dean J. Heikes on August 31, 2011. Mr. Heikes has not yet appeared in this action.

5. In light of the above and in the interests of time and efficiency, the parties agree that the Court should incorporate these corrected exhibits into the docket.

IT IS SO STIPULATED.


DATED: November 3, 2011     STROMSHEIM & ASSOCIATES

                            By: _____
                                Johnson C.W. Lee
                                *Attorneys for Plaintiff*
                                John T. Kendall, Trustee


DATED: November 3, 2011     TRUCKER ✦ HUSS

                            By: /s/Clarissa A. Kang
                                Clarissa A. Kang
                                *Attorneys for Defendant*
                                Western Conference of Teamsters Pension Trust Fund

STIPULATION AND [PROPOSED] ORDER TO CORRECT FILING OF DOCUMENTS TRANSFERRED FROM BANKRUPTCY COURT: Case No. 11-CV-04775-CRB
#1210751

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____ November 4 , 2011

_____
Hon. Charles R. Breyer
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER TO CORRECT FILING OF DOCUMENTS TRANSFERRED
FROM BANKRUPTCY COURT: Case No. 11-CV-04775-CRB
#1210751

3