**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL, | No. C 11-04775 CRB |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW** |
| v. | |
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, | |
| Defendant. | |

For the reasons stated from the bench, the Court GRANTS the Motion to Withdraw the Reference to Bankruptcy Court (dkt. 1).

**IT IS SO ORDERED.**

Dated: November 4, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4775\ORDER.wpd