IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL,<br><br>        Plaintiff,<br><br>   v.<br><br>WESTERN CONFERENCE OF<br>TEAMSTERS PENSION TRUST FUND,<br><br>        Defendant._____ / | No. C 11-04775 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

For the reasons stated from the bench, the Court GRANTS the Motion to Withdraw the Reference to Bankruptcy Court (dkt. 1).

**IT IS SO ORDERED.**

Dated: November 4, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4775\ORDER.wpd