IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN T. KENDALL,            No. C 11-04775 CRB

    Plaintiff,            **ORDER OF DISMISSAL**

  v.

WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND,

    Defendant.

_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 04/18/2012                                                       _____
                                                                                  CHARLES R. BREYER
                                                                                  UNITED STATES DISTRICT JUDGE